United States District Court
Southern District of Texas
**ENTERED**
August 02, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Yeano Chante Hunter, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action H-20-4117 |
| | § | |
| Kilolo Kijakazi, | § | |
| Acting Commissioner of the Social | § | |
| Security Administration, | § | |
| *Defendant*. | § | |

## ORDER OF ADOPTION

On July 14, 2022, Magistrate Judge Peter Bray recommended that Yeano Chante Hunter's motion for summary judgment be granted and Defendant's motion for summary judgment be denied. ECF No. 13. No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The Commissioner's final decision is reversed. The court will issue a separate final judgment.

Signed on August 2, 2022, at Houston, Texas.

_David Hittner_
David Hittner
United States District Judge